IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**COBY TOWNSEND HURST**                                                              **PLAINTIFF**

**V.**                           **CASE NO. 5:21-CV-05212**

**JUDGE CHRIS M. GRIFFIN,**
City of Rogers, Arkansas; and
**JOHN DOE, Public Defender,**
City of Rogers, Arkansas                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on December 9, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim and because certain defendants are immune from suit. 28 U.S.C. § 1915A(b).

**IT IS SO ORDERED** on this 30th day of December, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE